EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Gilberto Rodríguez Zayas | 2017 TSPR 4 197 DPR ____ |

Número del Caso: TS-7583

Fecha: 10 de enero de 2016

Abogado de la Parte Peticionaria:

       Por Derecho Propio

Fondo de Fianza Notarial del Colegio de Abogados:

       Lcdo. Israel Pacheco Acevedo
       Secretario Ejecutivo

Oficina de Inspección de Notarías:

       Lcdo. Manuel E. Ávila de Jesús
       Director

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Gilberto Rodríguez Zayas **Núm.** TS-7583

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de enero de 2017

Evaluada la *Segunda Moción Solicitando Reconsideración* presentada por el Sr. Gilberto Rodríguez Zayas, se provee ha lugar. Se ordena la reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez hace constar la siguiente expresión: "La Jueza Presidenta Oronoz Rodríguez hubiese reinstalado al Sr. Gilberto Rodríguez Zayas al ejercicio de la abogacía desde que presentó su primera solicitud de reinstalación." El Juez Asociado señor Rivera García proveería no ha lugar.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo